**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LINDA BECKER,<br><br>        Plaintiff,<br><br>        v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No. 20-4060-EFM-ADM |

**ORDER**

This matter comes before the court on the parties' Joint Motion to Continue Deadlines and Notice of Selection of Mediator.  (ECF 14.)  The court previously set briefing deadlines for a motion to permit discovery and a motion to limit discovery in this ERISA denial-of-benefits case. By way of the instant motion, the parties ask the court to continue these deadlines and the December 9, 2020 scheduling conference so that they may avoid incurring additional time and expense before they complete mediation on December 14.

The court finds good cause for the requested continuance.  The parties must file their competing motions by **December 17, 2020**.  The respective memoranda in support of the motions are limited to ten pages.  Response briefs are due by **December 24, 2020**, and are limited to five pages.  Reply briefs are not permitted.

The court continues the scheduling conference to **January 6, 2021 at 1:30 p.m.** by telephone (888-363-4749; access code 3977627) before the undersigned.

The court further orders defense counsel to file an ADR Report by **December 15, 2020**.  A form ADR Report is located on the court's website at *http://ksd.uscourts.gov/wp-content/uploads/2015/10/adrreportrev20141.pdf*.  Should the parties settle at mediation, the court

will vacate the above deadlines and the scheduling conference setting and set a deadline for the parties to file appropriate dismissal paperwork.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Continue Deadlines and Notice of Selection of Mediator (ECF 14) is granted as set forth above.

**IT IS SO ORDERED.**

Dated November 12, 2020, at Topeka, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
